■ In the Matter of ELAM SAND & GRAVEL CORP. et al., Appellants, v TOWN OF WEST BLOOMFIELD et al., Respondents. [38 NYS3d 484]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, DeJoseph, Curran and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE LAWRENCE, Appellant. [38 NYS3d 485]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.

■ PATRICIA KAREN KILLIAN, Appellant, v CAPTAIN SPICER'S GALLERY, LLC, et al., Respondents. [38 NYS3d 486]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Lindley, NeMoyer and Scudder, JJ.

■ In the Matter of DON M. MOORE, Appellant, v THE CENTRAL NEW YORK VOLLEYBALL OFFICIALS CORPORATION, Respondent. [38 NYS3d 486]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Lindley, NeMoyer and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL TYO, Appellant. [38 NYS3d 486]—Motion for reargument and reconsideration denied. Present—Smith, J.P., Carni, DeJoseph, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WATSON M. COOPER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WATSON M. COOPER, Appellant. [38 NYS3d 487]—Motion to relieve counsel of assignment dismissed as premature and the appeals are dismissed. Memorandum: The matters are remitted to Cattaraugus County Court to vacate the judgments of conviction and dismiss the indictment and superior court information either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Whalen, P.J., Peradotto, NeMoyer, Curran and Troutman, JJ.